United States District Court
Southern District of Texas
**ENTERED**
August 12, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | **CRIMINAL NO. 4:26-mj-408** |
| | § | |
| **WILLIAM CURTIS McKINLEY** | § | |

**ORDER FOR DISMISSAL OF INFORMATION**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the Southern District of Texas hereby dismisses the Information against defendant **WILLIAM CURTIS McKINLEY** in this case with prejudice because as of August 7, 2026, the Defendant successfully completed the conditions set forth in the Defendant's Pretrial Diversion Agreement.

The CRIMINAL INFORMATION is **DISMISSED** with Prejudice.

Signed in Houston, Texas on the 12th day of August, 2026.

Yvonne Y. Ho
YVONNE Y. HO
U.S. MAGISTRATE JUDGE